Michele R. Stafford (SBN 172509)
Shivani Nanda (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>     Plaintiffs,<br><br>          v.<br><br>FREMONT ENGINEERS, INC., a California Corporation,<br><br>     Defendant. | Case No.: C14-1152 WHO<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and ORDER THEREON**<br><br>Date:  Tuesday, June 10, 2014<br>Time:  2:00 p.m.<br>Ctrm:  2, 17th Floor<br>            450 Golden Gate Ave.<br>            San Francisco, California<br>Judge: The Honorable William H. Orrick |

   Plaintiffs respectfully request that the Case Management Conference scheduled for June 10, 2014, at 2:00 p.m., be continued for approximately sixty (60) days, as follows:

   1.   As the Court's records will reflect, this action was filed on March 12, 2014 to compel Defendant FREMONT ENGINEERS, INC., a California Corporation ("Defendant"), to comply with the terms of its Collective Bargaining Agreement.

   2.   Service of the Summons and Complaint on Defendant has been attempted at two addresses and was unsuccessful. Plaintiffs recently informed their process server of an alternate address found for Defendant, which is being attempted.

   3.   As Defendant has not yet been served, there are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the

1. Court continue the currently scheduled Case Management Conference for approximately sixty (60) days to allow sufficient time for Plaintiffs to complete service on Defendant.

4. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9. Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: May 29, 2014

**SALTZMAN & JOHNSON
LAW CORPORATION**

By: _____/S/_____
Shivani Nanda, Esq.
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to August 12, 2014, and all related deadlines are extended accordingly.

Date: May 30, 2014

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT