UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FREMONT ENGINEERS, INC., <br><br> Defendant. | Case No. 14-cv-01152-WHO <br><br> **ORDER OF DISMISSAL** <br> Re: Dkt. No. 15 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: June 10, 2014



WILLIAM H. ORRICK
United States District Judge